

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

This court is in receipt of three letters sent in reference to these appeals dated January 18, 2019, January 19, 2019, and January 20, 2019. Copies of the letters have been scanned into the court's case management system, and notice of the court's receipt of the letters has been sent to the attorneys of record.

Appellant is represented in these appeals by appointed attorney Ms. Angela J. Moore. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, the letters "present nothing for [this court's] review." *Id*. The clerk of the court is directed to send electronic copies of the letters to Ms. Moore and the attorney of record for the State.

It is so **ORDERED** on January 25, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court